UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Slinin, et al., | : |
|         Plaintiffs, | :    Civil Action No. 09-290 (SRC) |
| v. | : |
| Gershkovich, et al., | :    <u>ORDER</u> |
|         Defendants, | : |

**THIS MATTER** having come before the Court on Defendants' motions to dismiss (Doc. Nos. 55 and 56), and the Court having considered the arguments set forth in the pleadings, and for good cause shown,

**IT IS on this 23rd day of November, 2009,**

**ORDERED THAT:**

1. The motion shall be held in abeyance pending a settlement conference which will take place on **December 10, 2009 at 10:00 a.m.** Trial counsel must attend the settlement conference in person. **<u>Plaintiffs must attend the settlement conference in person</u>**. By **December 3, 2009**, each party must submit a confidential, ex parte letter which sets forth the party's position on settlement. The letter should not exceed five pages and may be faxed to (973) 645-3827.

2. **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**
